# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RICHARD MORROW**                                                              **PLAINTIFF**
**ADC # 175332**

**V.**                      **CASE NO. 4:20-CV-00528-BSM**

**TERRY JONES,** *et al*.                                         **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Joe Volpe's partial recommended disposition [Doc. No. 5] is adopted. Richard Morrow's claims against Arkansas Department of Correction is dismissed with prejudice. Morrow may proceed with his claims against Terry Jones and John Doe defendants. It is certified that an *in pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED, this 14th day of July, 2020.

                                                                     _____
                                                                     UNITED STATES DISTRICT JUDGE