IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD MORROW**                                                 **PLAINTIFF**
**ADC #175332**

v.                      **CASE NO. 4:20-CV-00528-BSM**

**TERRY JONES,** *et al.*                                        **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Joe Volpe's partial recommended disposition [Doc. No. 9] is adopted. The Doe defendants are dismissed without prejudice, and pursuant to 28 U.S.C. § 1915(a)(3), it is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* Fed. R. Civ. Pro. 4(m).

IT IS SO ORDERED, this 22nd day of September, 2020.

                                                           /s/ Brian S. Miller
                                                      UNITED STATES DISTRICT JUDGE