**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

RICHARD MORROW                                                                                           PLAINTIFF
ADC #175332

v.                                            4:20-cv-00528-BSM-JJV

DR. TERRY JONES, *et al*.                                                                          DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge Brian S. Miller. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this recommendations. Failure to file timely objections may result in a waiver of the right to appeal questions of fact. Mail your objections to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

**DISPOSITION**

Richard Morrow ("Plaintiff") is a prisoner in the Wrightsville Unit of the Arkansas Division of Correction ("ADC"). On May 18, 2020, he filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983 alleging Defendants Dr. Terry Jones, the ADC, and Does, who are unknown medical staff at the Wrightsville Unit, failed to provide him with constitutionally adequate medical care for

testicular pain.  (Doc. 2.)  The ADC has been dismissed with prejudice because it is not a proper party in § 1983 actions.  (Doc. 7.)  And, the Doe Defendants have been dismissed without prejudice because Plaintiff failed to provide their identities and service addresses within ninety days of filing the Complaint as required by Fed. R. Civ. P. 4(m).  (Doc. 11.)

That leaves Dr. Jones as the only remaining Defendant.  On August 25, 2020, service on Dr. Jones through counsel for Wellpath was been returned unexecuted because the corporation had no record of any such employee working in the ADC.  (Doc. 8.)  On August 31, 2020, I gave Plaintiff thirty days to provide a valid service address for Dr. Jones, and I cautioned him his claims against Dr. Jones would be dismissed without prejudice if he failed to timely do so  (Doc. 10.) The time for Plaintiff to provide a service address for Dr. Jones has expired.  *See* Fed. R. Civ. P. 4(m) (a court may *sua sponte* dismiss defendants who have not been served within ninety days of filing the complaint).

IT IS, THEREFORE, RECOMMENDED that:

1. Defendant Jones be DISMISSED without prejudice from this lawsuit due to a lack of service, and this case be CLOSED.

2. The Court CERTIFY, pursuant to 28 U.S.C § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 5th day of October 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE