# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**RICHARD MORROW**                                                                                 **PLAINTIFF**
**ADC #175332**

v.                    **CASE NO. 4:20-CV-00528-BSM**

**TERRY JONES,** *et al.*                                                     **DEFENDANTS**

## <u>ORDER</u>

After careful review of the record, United States Magistrate Judge Joe Volpe's proposed findings and recommendations [Doc. No. 12] are adopted. Dr. Terry Jones is dismissed without prejudice, and this case is hereby dismissed. *See* Fed. R. Civ. P. 4(m). Pursuant to 28 U.S.C. § 1915(a)(3), it is certified that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED, this 26th day of October, 2020.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE