IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICHARD MORROW**                                                                **PLAINTIFF**
**ADC #175332**

v.                              CASE NO. 4:20-CV-00528-BSM

**TERRY JONES**, *et al.*                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 26th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE